1  WILLIAM H. STROHMEYER (SB#202943)
   Attorney at Law
2  41911 Fifth Street, Suite 300
   Temecula, CA  92590
3  951/694-5500- Telephone
   whstrohmeyer@gmail.com
4
   Attorney for Plaintiff Karen Soles
5

6

7

8              UNITED STATES DISTRICT COURT FOR THE

9                CENTRAL DISTRICT OF CALIFORNIA

10

11 KAREN M. SOLES,                    )  Case Number:  2:16-08769-BRO (ex)
                                      )
12              Plaintiff,            )  [Assigned to Hon. Beverly R. O'Connell]
                                      )
13 vs.                                )  NOTICE OF MOTION AND MOTION
                                      )  TO WITHDRAW AS ATTORNEY OF
14                                    )  RECORD FOR PLAINTIFF KAREN
   UNITED AIRLINES, INC., a Delaware  )  SOLES
15 corporation; and Does 1 - 25, inclusive, )
                                      )
16              Defendants.           )  Date:      April 17, 2017
                                      )  Time:      1:30 p.m.
17                                    )  Courtroom:  7C
                                      )
18 _____   )  Complaint Filed: November 23, 2016

19 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20        NOTICE IS HEREBY GIVEN THAT, on April 17, 2017 at 1:30 p.m. or as soon

21 thereafter as the matter may be heard before the Hon. Beverly R. O'Connell in Courtroom

22 7C, located at 350 West 1st Street, Los Angeles, California 90012, that pursuant to Local

23 Rule 83-2.3.2, counsel for Plaintiff, William H. Strohmeyer will and hereby does move

24 this court for an order relieving him as attorney of record for Plaintiff Karen Soles.

25        This Motion is made on the grounds that there has been a break-down in attorney-

26 client communication such that effective representation is compromised and because

27 Plaintiff has failed to honor the terms of her fee agreement with counsel.

28

-1-
MOTION TO BE RELIEVED AS COUNSEL

1    This Motion is based upon this Notice; the attached Memorandum of Points and

2 Authorities; the Declarations of William H. Strohmeyer; all other pleadings and papers on

3 file in this action; and upon such other oral and/or documentary matters as may be

4 presented to the Court at or before the hearing of this Motion.

5    This Motion is made following the conference of counsel required pursuant to

6 Local Rule 7-3, which took place beginning on March 13, 2017. (Declaration of William

7 H. Strohmeyer, ¶ 12.)

8

9

10 Dated:    March 17, 2017                    Respectfully Submitted,

11                                            William H. Strohmeyer
                                             A Professional Law Corporation
12
                                             (Signature on file at the offices of William H.
13                                           Strohmeyer, APLC)

14
                                              /s/ William H. Strohmeyer, Esq.
15                                           William H. Strohmeyer, Esq. (SBN
                                             202943)
16                                           41911 Fifth Street, Ste. 300
                                             Temecula, CA 92590
17                                           (951) 694-5500 - Telephone
                                             (951) 699-6616 - Fax
18                                           whstrohmeyer@gmail.com - Email

19                                           Attorney for Plaintiff Karen M. Soles

20

21

22

23

24

25

26

27

28

-2-
MOTION TO BE RELIEVED AS COUNSEL

<u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

Under Local Rule 83-2.3.2, counsel may withdraw from representation with approval of the court, upon notice to the client and opposing parties, and when good cause exists for the withdrawal.   Notice has been provided to the client, Karen Soles, and to opposing counsel, Karen Henry of  DAVIS WRIGHT TREMAINE LLP, who does not oppose this Motion.   As set forth in the Declaration of William H. Strohmeyer (submitted with this Motion) good cause for leave to withdraw exists, for several reasons.

First, there has been a breakdown in communications between the client or counsel. The client, Plaintiff Karen Soles, was communicative when counsel was preparing the complaint.   She would respond to phone calls and provide requested materials.  Since that time, for the most part, she has ceased to be communicative.   Counsel has reached out the phone, by letter, by email.   Plaintiff does not have an email address but has provided the email address for her daughter, Kimberly Mechell.   When emailed, Ms. Mechell will sometimes respond by stating "I will tell her," "Ok," "My Mom will be contacting you today," or some other indication that she will pass the information on to her mother, but no responses from Plaintiff were received.  (Declaration of William H. Strohmeyer, ¶¶ 3-4.)

From the general time frame from when the complaint was filed, until shortly before the court ruled on Defendants' Motion To Transfer Venue, there was no communication from Plaintiff despite repeated requests from counsel for communications. This included after counsel had received Defendants' Motion To Transfer.  Counsel made repeated efforts to Plaintiff for input, reaction to the Motion, and for assistance but no communications from Plaintiff were received.  (Strohmeyer Decl., ¶ 5.)

Plaintiff did contact Plaintiff's counsel shortly before the court ruled on Defendants' Motion, but since that time, she has fallen back into her pattern of non-responsiveness.  (Strohmeyer Decl., ¶¶ 6-7.)

Non-payment of fees is the second ground for this Motion.  In addition to not responding to case related communications in general, she has not responded to counsel's

1  request that she pay her incurred fees.  (Strohmeyer Decl., ¶¶ 7,9.)

2       There is an additional reason counsel seeks to withdraw but that reason cannot be

3  expressed in the motion for reasons of confidentiality and professional responsibility.  If

4  the court wishes to inquire as to those reasons, counsel would request an *in camera*

5  hearing outside the presence of opposing counsel.  (Strohmeyer Decl., ¶ 10.)

6       Finally, this case is in its earliest stages.   Trial is not pending and no prejudice to

7  the client or disruption of the progress of these proceedings will occur if the Motion is

8  granted.

9

10  Dated:    March 17, 2017                    Respectfully Submitted,

11                                             William H. Strohmeyer
                                               Attorney at Law
12
                                               (Signature on file at the offices of William H.
13                                             Strohmeyer, APLC)

14
                                                /s/ William H. Strohmeyer, Esq.
15                                             William H. Strohmeyer, Esq. (SBN 202943)
                                               41911 Fifth Street, Ste. 300
16                                             Temecula, CA 92590
                                               (951) 694-5500 - Telephone
17                                             (951) 699-6616 - Fax
                                               whstrohmeyer@gmail.com - Email
18

19                                             Attorney for Plaintiff Karen M. Soles

20

21

22

23

24

25

26

27

28

-4-

MOTION TO BE RELIEVED AS COUNSEL

*Case No.:* 2:16-08769-BRO (ex)

### PROOF OF SERVICE

I am employed in the County of Riverside, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 41911 Fifth Street, Suite 300, Temecula, California 92590.

On March 17, 2017, I served the foregoing document(s) described as

**NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF KAREN SOLES**

**DECLARATION OF WILLIAM H. STROHMEYER IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF KAREN SOLES**

on the below interested parties in this action by placing a true copy thereof enclosed in sealed envelopes and addressed as follows:

Karen M. Soles
P.O. Box 2293
Inglewood, CA 90305
valiantmanagementgroup@gmail.com

(X)   **VIA MAIL -**  In accordance with the regular mail collection and processing practices of this business office, with which I am familiar, by means of which mail is deposited with the United States Postal Service at Temecula, CA, that same day in the ordinary course of business, I deposited such sealed envelope for collection and mailing on this same date following ordinary business practices.

(X)   **VIA ELECTRONIC MAIL -** I further caused such envelope to be delivered by electronic mail to the above address as noted.  I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 17, 2017 at Temecula, California.

Michael Garcia