# United States District Court
# Central District of California

FILED
CLERK, U.S. DISTRICT COURT
APR 27, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_BH\_\_\_\_ DEPUTY

Karen M. Soles,

          Plaintiff,

v.

United Airlines, Inc., and Does 1 through 25, inclusive,

          Defendants.

LA 16-cv-08769-VAP (Ex)

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Granting Defendant's Motion for Summary Judgment filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   4/27/18

                                                  Virginia A. Phillips
                                                  Chief United States District Judge